AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No. 18-mj-1444-DLC |
| Brian Orlandella | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 18 to May 20, 2018  in the county of  Essex  in the  Massachusetts  District of  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 (a) and (e) | sexual exploitation of children |
| 18 U.S.C. § 1470 | transfer of obscene material to minor |

This criminal complaint is based on these facts:

Please see the affidavit of HSI Special Agent Joseph Iannaccone, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph Iannaccone, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/03/2018

*Judge's signature*

City and state:  Boston, MA    Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*