# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** HSI |
| **City** Beverly | **Related Case Information:** | |
| **County** Essex | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number 18-mj-1438 and 1439-DLC | |
| | R 20/R 40 from District of _____ | |

## Defendant Information:

| | | |
|---|---|---|
| **Defendant Name** Brian Orlandella | **Juvenile:** ☐ Yes ☑ No | |
| Is this person an attorney and/or a member of any state/federal bar: | ☐ Yes ☑ No | |
| **Alias Name** | | |
| **Address** (City & State) Beverly, MA | | |
| **Birth date (Yr only):** 1972  **SSN (last4#):** 0634  **Sex** M  **Race:** White  **Nationality:** USA | | |

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Anne Paruti  **Bar Number if applicable** 670356

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 12/03/2018

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/03/2018   **Signature of AUSA:** [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Brian Orlandella

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a), (e) | Sexual exploitation of children | 1 |
| Set 2 | 18 U.S.C. § 1470 | Transfer of obscene matter to minor | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____