UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 19-cr-10010-MLW |
| | ) | |
| BRIAN ORLANDELLA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(a), the parties hereby file the following status report prepared in connection with the status conference scheduled for February 14, 2019.

(1) <u>Automatic Discovery/Pending Discovery Requests</u>

The Government has provided automatic discovery. The defendant is reviewing the discovery materials and does not yet know whether he will make additional discovery requests.

(2) <u>Additional Discovery</u>

In the absence of a particular request, the Government does not intend to produce additional discovery. The parties will arrange for counsel to view the child pornography by appointment.

(3) <u>Timing of Additional Discovery Requests</u>

At this time, the parties do not anticipate the need for further discovery (beyond that outlined in Paragraph 2) to be produced.

(4) <u>Protective Orders</u>

No protective orders are anticipated by the parties.

(5) <u>Pretrial Motions</u>

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)   Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)   Speedy Trial Act

All of the time has been excluded from the defendant's initial appearance/arraignment through the date of the initial status conference scheduled for February 14, 2019. The parties request that the time be excluded until the interim status conference.

(8)   Next Status Conference

Given all of the foregoing information, the parties request that the initial status conference, scheduled for February 14, 2019, be canceled. The parties request an interim status conference in approximately 30 days.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

/s/ James Cipoletta_____            By:   /s/ Anne Paruti_____
Attorney for Brian Orlandella                  Assistant U.S. Attorney

Dated: February 7, 2019

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ Anne Paruti_____
Assistant U.S. Attorney

Dated: February 7, 2019