UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BRIAN ORLANDELLA, )<br>    Defendant. ) | Criminal No: 19-cr-10010-MLW |

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(b), the parties hereby file the following status report prepared in connection with the status conference scheduled for July 24, 2018.  In light of the information set forth below, the parties request that the hearing be cancelled.

(1)   Automatic Discovery/Pending Discovery Requests

The Government has provided automatic discovery.  The defendant is reviewing the discovery materials and is in the process of compiling a request for additional discovery items.

(2)   Additional Discovery

In the absence of a particular request, the Government does not intend to produce additional discovery outside of its trial-related obligations.  The parties are in the process of arranging for counsel to view the child pornography and other forensic evidence by appointment.

(3)   Timing of Additional Discovery Requests

Except as outlined above, the parties at this time do not anticipate the need for further discovery to be produced.

(4)   Protective Orders

No protective orders are anticipated by the parties.

(5)   Pretrial Motions

The defendant has not yet determined whether he will file any pretrial motions under Fed. R. Crim. P. 12(b), and reserves the right to do so in accordance with a pretrial scheduling order.

(6)     Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     Defenses of Insanity, Public Authority, or Alibi

The defendant does not intend to raise a defense of insanity, public authority, or alibi.

(8)     Speedy Trial Act

All of the time has been excluded from the defendant's initial appearance/arraignment through the date of the interim status conference scheduled for March 20, 2019. The parties request that the time be excluded until the next scheduled status conference.

(9)     Status of Plea Negotiations & Likelihood of Trial

The parties have not yet engaged in plea negotiations, and the defendant indicates that at this point, the case will likely proceed to trial, in which case the parties estimate that it can be tried in three full days or within one week, half days.

(10)    Scheduling of Further or Final Status Conference

Based on his current trial schedule, counsel for the defendant requests that the case be scheduled for an additional interim status conference in approximately 45 days. Given the foregoing information, the parties request that the interim status conference scheduled for March 20, 2019 be cancelled.

|  |  | Respectfully submitted, |
|---|---|---|
| BRIAN ORLANDELLA | | ANDREW E. LELLING |
| Defendant | | United States Attorney |
| | | |
| /s/ James Cipoletta | By: | /s/ Anne Paruti |
| Attorney for Brian Orlandella | | Assistant U.S. Attorney |

Dated: March 15, 2019

## **CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                                           /s/ Anne Paruti
                                                          Assistant U.S. Attorney

Dated: March 15, 2019