UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 19-CR-10010-MLW |
| | ) | |
| BRIAN ORLANDELLA, | ) | |
| | ) | |
| Defendant. | ) | |

<u>GOVERNMENT'S MOTION TO ENLARGE TIME TO FILE</u>

Now comes the United States, by and through the undersigned Assistant United States Attorney, and respectfully requests that this Court enlarge the time by which the United States must file its responses to the defendant's Motion to Compel Discovery.  As reasons therefor, the government states that the defendant's motion was filed on July 9, 2019, and the government's response was due on July 23, 2019.  During the intervening time period, the undersigned has been required to respond to three separate motions to suppress in two cases, prepare for multiple Rule 11 hearings, draft memoranda and prepare for multiple sentencing hearings, prepare for and litigate one motion to suppress hearing, and brief and prepare for one restitution hearing.  The undersigned was also required to serve as the duty attorney for the office for one week and was on pre-scheduled annual leave for two days during the above-described period.  Given these other responsibilities inherent to unrelated casework, the undersigned requires additional time to file the government's response to the defendant's Motion to Compel Discovery, and is seeking leave to do so by close of business on July 30, 2019.

<div style="margin-left:40%">

Respectfully Submitted,
ANDREW E. LELLING
United States Attorney

</div>

Date: July 30, 2019          By:     /s/ Anne Paruti
                                     Anne Paruti
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     One Courthouse Way
                                     Boston, MA 02210
                                     617-748-3310

## CERTIFICATE OF SERVICE

I, Anne Paruti, hereby certify that the foregoing was filed through the Electronic Court filing system and will be sent electronically to the registered participant as identified on the Notice of Electronic filing:


Date: July 30, 2019                                    /s/ Anne Paruti_____
                                                       Anne Paruti
                                                       Assistant United States Attorney