UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> BRIAN ORLANDELLA, <br>     Defendant. | ) <br> ) <br> ) <br> ) Cr. No. 19-10010-MLW <br> ) <br> ) <br> ) |

ORDER

WOLF, D.J.                                                                           March 9, 2020

The court will give the parties an opportunity to argue at the March 10, 2020 hearing defendant's Motion to Suppress Evidence From [the] Warrantless Search of his vehicle (Docket No. 60). The parties shall be prepared to address, among other things, the implications for that motion of <u>United States v. Vasquez</u>, 724 F.3d 15, 19 (1st Cir. 2013).

The court will also hear argument at the March 10, 2020 hearing concerning defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrant (Docket No. 57).

                                                                    /s/ Mark L. Wolf
                                                                    UNITED STATES DISTRICT JUDGE