# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 19-CR-10010-MLW |
| ) | |
| BRIAN ORLANDELLA, ) | |
| Defendant. ) | |

## GOVERNMENT'S RESPONSE TO COURT ORDER
## REGARDING MOTIONS *IN LIMINE*

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following information in response to this Court's Order regarding motions *in limine* (Doc. 139):

1. The government assents to in part and objects to in part to the defendant's Motion *in Limine* to Preclude References to the Alleged Minor as "the Victim" or "the Minor" (Doc. 128). The government has, on this date, filed a response outlining its position.

2. The government opposes the defendant's Motion *in Limine* to Exclude Photographs of Cell Phone Images and Chat Messages (Doc. 129). The government filed an opposition to this motion (Doc. 138) on August 4, 2020.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Anne Paruti_____
Anne Paruti
Assistant United States Attorney

Date: August 17, 2020

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Electronic Court Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                /s/ Anne Paruti_____
Dated: August 17, 2020                        Assistant United States Attorney