UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>BRIAN ORLANDELLA,<br>    Defendant. | )<br>)<br>)<br>) Cr. No. 19-10010-MLW<br>)<br>)<br>) |

## VERDICT

We the jury find the defendant Brian Orlandella:

___Guilty_____ on Count 1.

___Guilty_____ on Count 2.

4/20/22
Date

[Foreperson signature]
Foreperson