UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>BRIAN ORLANDELLA,<br>    Defendant. | )<br>)<br>)<br>) Cr. No. 19-10010-MLW<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                April 20, 2022

For the reasons explained in detail following the guilty verdicts returned on April 20, 2022, it is hereby ORDERED that defendant Brian Orlandella shall be detained immediately pursuant to 18 U.S.C. §3143(a)(2).

Orlandella was a Massachusetts Probation Officer. He has expressed concern that his prior employment as a Probation Officer will place him at particular risk of harm from other detainees and and prisoners. He has requested that he be detained in segregation. Accordingly, the United States Marshal is hereby ORDERED to inform officials at the facility at which Orlandella will be detained of the foregoing so that they can take any measures deemed necessary or appropriate to reasonably assure Orlandella's safety.



UNITED STATES DISTRICT JUDGE