# EXHIBIT B

# LETTERS FROM FRIENDS

7/21/22

Your Honor,

I am Thomas Hannigan and I've been a friend to Brian Orlandella and his family for 35 years. I respectfully ask that you accept and consider this character letter before sentencing on 8/5/2022.

I understand and respect the jury's guilty verdict of the charges against him and know there is penalty associated with it. I wish to describe Brian as a loyal friend for the duration of the 35 years I've known him and how good he has been to his family.

Brian has always been a trusted friend who never let me down and never had any disputes with him. I've witnessed Brian being a great father to his children as well as taking care of his family including his sister who had cancer and his father who recently had bypass surgery. Brian has been a great friend to many of us who he has known since high school.

I would like to thank the court for reviewing my letter and ask for leniency during his sentencing. I know there are consequences for our actions. Brian's family truly needs him and the longer he is imprisoned, the more they will suffer.

Thank you for your time Your Honor,
Thomas Hannigan
617-460-2375

7/21/2022

Dear Your Honor,

My name is Carl Iacopucci. I am hoping that you will accept this character letter for Brian Orlandella.

I have known Brian since grade school. We grew up together and are still great friends to this day. Brian is an amazing friend who never caused any trouble. Brian is such a great person and is fun, caring and always so helpful to anyone who needs him. Brian is an awesome father, and he loves his children more than anything in the world.

When I learned about his arrest, I was shocked to say the least. Brian is NOT a person to who would ever purposely cause anyone harm and in all my years of knowing him, I have never witnessed Brian being anything but friendly, kind, caring and an overall amazing human. He proudly served the court and the public for many years as a probation officer and has proven to be an outstanding member of society.

I respectfully ask that you consider leniency when deciding on the terms of his sentence. We all make mistakes. So many of his family members and friends need him and would be lost without him-especially his elderly parents and children.

Sincerely,
Carl Iacopucci
gocanadien@aol.com
781-864-2580

July 22, 2022

Dear Judge Wolf,

I plead to you for mercy on behalf of Brian Orlandella. Brian has been an extended part of our family for more than 20 years. He is a kind and compassionate friend, and one on whom I have come to depend. Our home is always open to Brian. That will never change. He has been part of our annual Thanksgiving Day breakfast celebration for many years. Brian is part of my husband's football officiating crew. Every time my husband and Brian leave our home to head for a game, my parting words to Brian are, "I never worry Brian, knowing that you are with Mike today. I know you will look out for him." "Don't worry, Maryanne, I always look out for the big guy," says he.

Brian is a wonderful son, father, and husband. He always took on a second job to take care of his family. Always involved in his children's lives – school, sports, and extracurricular activities. Juggling schedules to be present in the lives of his daughter and son was never an inconvenience. He was truly present in their lives. While Brian was awaiting his trial, he cared for his elderly parents and held a part time job. He continued to be a contributing member of society, and a faithful son and father.

From the time of Brian's arrest and until today, the Franciscan Friars at St. Anthony Shrine on Arch Street in Boston have been praying for Brian and for a fair and just outcome.

Your Honor, we all have dark moments in our lives when we may sometimes make the wrong choice. Every choice has a consequence – good or bad. Brian's indiscretion was an aberration. He will live with the shame and humiliation of this wrongdoing for the rest of his life. Brian is a good man who will never escape this suffering. I humbly plead to you for mercy, and beg that you give prayerful consideration to imposing time served and probation for Brian.

Respectfully,

*Maryanne Rooney-Hegan*

Maryanne Rooney-Hegan

**Dear Judge Wolf,**

I am writing to you on behalf of Brian Orlandella, who is scheduled for sentencing in your court on August 5, 2022. I have had the pleasure to know Brian for over twenty years. I have found him to be consistently reliable, honest, and considerate in all my dealings with him. He has been a good husband and father, as well as a highly competent and well-respected probation officer for many years in the Lynn court. Other members of Brian's family have also been involved in public service and they, not surprisingly, are all solid citizens.

Throughout my life, I have chosen my friends very carefully. I have made it a point to never be associated in any way with individuals of dubious character. Brian Orlandella is as good a friend as I have ever had. We have worked together for many years as fellow officials in local Pop Warner, high school, and semi-pro football games. My family, particularly my wife and my son, realizes the importance of my friendship with Brian, and they have much love and respect for him as well. Brian has always been welcomed into my home with open arms, and nothing will ever change that.

I understand perfectly well that Brian has been found guilty of certain indiscretions; however I also believe that such behavior is totally out of character for the Brian Orlandella whom I know and love. He is like a second son to me and always will be.

Judge Wolf, I plead to you for leniency in Brian's sentencing. After three months of incarceration, I believe that he has already learned a valuable lesson. He is truly regretful of and embarrassed by his actions. I believe that a lengthy prison sentence is not likely to make Brian more compliant with the law than he is at the present time. I can assure you without reservation that it is highly unlikely he will reoffend.

I am no lawyer, but I believe that the fact that Brian never had any physical contact with the female in this case should be given the utmost consideration in determining his sentence. Please let the punishment fit the severity of the crime. In my humble opinion, a lengthy term of probation would be appropriate in Brian's case.

Judge, thank you for your consideration in this matter, and I pray that Brian's sentence will be fair and just.

**Michael Hegan 410 Salem St. #1207 Wakefield, MA 01880 (617)-710-2110**

Christopher Clinton

80 Angelica Drive

Framingham MA. 01701

July 14, 2022

RE: Mr. Brian Orlandella

To the Honorable Judge Mark Wolf

I am writing on behalf of Brian Orlandella. Brian and myself have been friends for more than 45 years. In this time, he has proven to be of a fine and responsible character. I grew up with Brian and his brother and sister since kindergarten. They are my closest friends I spent many nights with his entire family playing board games, and watching movies. He always demonstrated the highest integrity as a friend, and family man. Brian always knew what he wanted to become when he graduated college. He joined the court system as a probation officer, where he would try to coach and guide many through their troubled times. He always wanted to see a positive outcome from a person's probation. He was the first of our group to get married, and have children. He was the first of us to really grow up, and be a responsible person and be an active member in his community.

Brian is a dedicated father who was having difficulties with his marriage. Those difficulties overwhelmed him and clearly compromised his judgement. He has already shown intentions of improving his life. He was spending time with Erin, his wife, repairing their relationship. She was in court everyday supporting Brian through his trial. I have all the confidence Brian will use the counseling he received and become an even better contributor to the community once this is resolved. I have no doubt once he is back with his family, he will once again bring positive guidance to his family and friends.

I believe Brian has already shown he wants to move past his mistake in a constructive manner. It is in my hope this letter regarding Brian Orlandella will act as a positive and contributing factor when the court considers this matter

Sincerely,

Christopher Clinton

To the Honorable Judge Wolf,

It is with a heavy heart that I write to you. I am deeply saddened by the unfortunate circumstances in Brian's life. Prior to this, all of my thoughts and memories with Brian Orlandella are delightful.

I am Brian's godmother and best friends with his mother Mary since our childhood days. The Orlandella family is a wonderful one, all very tight knit, loving and respectful. From his youngest days, Brian was always cut from that cloth. He never forgot to send a card or call on my birthday or mother's day and holidays. He was always sweet and sincere.

I was a very proud godmother years ago when Brian became a probation officer. Having relatives who have worked in the court system and a son who is an attorney, I respect all individuals who devote their careers to such service. Brian has always been very proud of his career. But his true joy is his children. He has two children that are the world to him. Needless to say, this ordeal has taken a toll on them as well.

I find myself struggling with the realities of this situation. As a person of faith, I believe in judgment based on the totality of one's life and actions, and not on any one event within that body of work that we refer to as life. Certainly, we are all human. We all have moments of glory and of defeat. We make decisions in our lives every day…some are good and others are not. In the end, I try to evaluate based on the full body of work. Sometimes, even exceptionally good people make exceptionally bad decisions. Hopefully, the judgement rendered on us all as human beings is based on all of our actions, and not just one bad decision.

I know that you are in the difficult position of determining the appropriate consequence for Brian and his bad decision. In making that determination, I respectfully hope that you will consider that he has led an exemplary life and done much more good onto people than he has harm. I hope that my letter and others will give you a glimpse into who Brian is as a person, beyond the one and only circumstance under which you have come to know him. And I pray that you can find it in you to consider all of this as you make your final determination for his sentence.

Respectfully,
Marie Gizzi

Jessica Logan
17 Kingsley Ave
Rutland, VT 05701
802-353-6292
Jessica.logan.421@hotmail.com

July 14, 2022

Re: Brian Orlandella

To: The Honorable Judge Mark L. Wolf,

I have known Brian Orlandella for almost a years' time. I was both troubled and shocked to hear about his recent case as he has always been a rather solid friend. It is for this reason that I am happy to write this letter of reference for Brian Orlandella regarding this matter. I understand the seriousness of these charges however, I hope the court will show some leniency to Brian Orlandella.

Brian has been an upright character in our friendship. He has been a true friend to me over the past year and has been there for me regardless of what he has been dealing with in his own personal life. Being a travel nurse, I have met countless number of people through my travels and have found very little people that are willing to take the time to really get to know me. In our friendship, he has been there for me and really helped me through a difficult time being away from home when my then 16-year-old son attempted to take his own life. As a parent it is one of the most terrifying experiences I have ever faced, however Brian was there to not only offer advice but to act as a sounding board and really listen to what it was, I was saying and feeling at the time. It was Brian that served as a source of strength and wisdom for me during that very difficult time.

In addition to this situation, Brian has given his time to help me while in a bind on numerous occasions. When I was unable to secure a ride to the airport because my car was in the shop, he took time out of his day to pick me up and drop me off at the airport. Upon my return he was there to pick me up and take me back to the auto shop to retrieve my vehicle. Brian has always given selflessly and has never asked for any compensation in return.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Brian to be an honorable individual, a valuable member of society, and a dear friend and truly good human being.

Sincerely,

Jessica Logan

Good afternoon Judge Wolf,

I am writing to you on behalf of my friend Brian Orlandella. I have known Brian for over 30 years. During this time Brian and his wife Erinn have raised up two wonderful children (Tyler & Rocco). Brian has always been extremely active in both kids lives; whether it be weekends at the hockey rinks or showing his oldest daughter that there is allot to see in this world which ultimately led Tyler to pursue a graduate degree in Ireland this coming September. Brian has dedicated his life to helping others as they re-enter society during a 20+ year career as a probation officer.

I understand Brian is facing some very serious charges. In all the years I have known Brian I have never seen any behavior Indicative of the charges his is being sentenced for. I would think someone like Brian who is so close to retirement with an otherwise unblemished record would not make poor choices with such dire consequences. Judge Wolfe, I would ask you for leniency consideration for Brian. If I can be of additional assistance as you decide Brian's punishment please let me know.

Respectfully,

Eric Mann