EXHIBIT C

LETTERS

LAW ENFORCEMENT


## INDEX TO EXHIBIT C

LETTER FROM LAW ENFORCEMENT OFFICER

1.  Albert Piccolo, Retired Police Officer

Judge Wolf

I am writing you on behalf of Brian Orlandella. My name is Albert Piccolo I am 54 years old and a retired police officer who served for over 22 years. I have known Brian his entire life and can say that I have a pretty good perspective on him.

Brian grew up in a family with twin siblings (Phillip and Margret) exactly one year older than him. They are a close family. Always involved in sports from a young age; Brian excelled in baseball and was an outstanding catcher in high school. His talent afforded him the opportunity to play at the college level. He played at Troy State where he met his wife (Erin). They returned to Massachusetts where they started their life together. They had two children (Tyler and Rocco) Brian began his career working in the probation system while Erin was a stay at home mother.

I am sure that you are aware of the stresses that go with working in the law enforcement field. I believe that Brian found himself dealing with these stresses; along with the stresses that come with having a family. With a daughter entering college and a son entering high school. I can assure you that the salary of a Probation officer didn't come close to covering the costs associated. Many people find themselves turning to alcohol or drugs; and or cheating on their spouse to deal with these stresses.

During my career as a police officer I have known a lot of people who cheat on their spouses. I was able to tell which people would be the ones to do this well before it even happened. I can tell you that this is not the case with Brian, he is truly a family man who is dedicated to his wife Erin and their children Tyler and Rocco. It is my true belief that Brian attempted to deal with these stresses by turning to the internet. I believe that he attempted to escape his real world problems by indulging in the fantasy world of role playing adult internet sites. Without commenting specifically on Brian's case, I do not believe that he would ever put any child in harm's way. He is a father and an uncle who has been involved with coaching children from the time his children were young.

I would like to preface my next statement by stating that I have little to no experience with internet sites. I do not even have a Facebook account and believe that the internet has done more harm than good (case in point). As a police officer I cannot even count how many cases I was involved with in which a marriage/family was destroyed by someone using the internet. I would say that even though I am not a psychologist; I do believe that a person needs to have some sort of relief to deal with stress. If the method of dealing with this stress is watching something on a computer screen; on a site where *adults only are supposed to be*. I think that is an appropriate stress reliever. The same as a person who needs to laugh watches a rated R movie would not have a young child in the room.

I do not believe that Brian Orlandella is a person who poses a threat to anyone. He has a strong family that support him. Along with a large group of friends to be there for him. I would respectfully ask you to take any action within your power to allow Brian to come home to his family. He will prove to you and the rest of the world that he can do so much more good outside of prison than inside.

Respectfully

Albert Piccolo