# EXHIBIT D

# <u>LETTERS</u>

# MEMBERS OF THE BAR

**INDEX TO EXHIBIT D**

<u>LETTER FROM ATTORNEY</u>

1.   Donald R. Bumiller, Esq.

# Bumiller Law Group

Donald R. Bumiller, P.C.

Ralph J. Cafarelli
Of Counsel

Mailing Address:

17531 Elkgrove Lane
Estero, FL 33928

(781) 883-7500
Fax: (239) 494-1186

drb@bumillerlaw.com

July 19, 2022

To Whom it May Concern:

I write to share my observations of Brian Orlandella's character in the hope that he will receive the minimum possible term of incarceration.

I met Brian Orlandella over 20 years ago when he was a Probation Officer assigned to clients of mine from the Lynn District Court. Over the years, I observed how diligently Brian would work with his probationers. He listened to them from their perspective. Some he would cajole, some he would implore, some he would harangue – always with the goal of getting through to people so they could improve their lives. Along the way, Brian Orlandella helped many turn their lives around.

Brian Orlandella brought extraordinary dedication to his work at the Lynn District Court. As a person who witnessed the positive impact he worked on the lives of many individuals, I urge that Brian Orlandella be given the minimum possible term of imprisonment.

Sincerely yours,

*[signature]*

Donald R. Bumiller
drb@bumillerlaw.com

Offices in:
Lynn, MA
Waltham, MA
Estero, FL

A Massachusetts Remote Law Firm