# Perceptual Distortions in Combat

From *Deadly Force Encounters*
by Dr. Alexis Artwohl & Loren Christensen
Based on Survey of 141 Officers

- 85% Diminished Sound (auditory exclusion)
- 16% Intensified Sounds

- 80% Tunnel Vision

- 74% Automatic Pilot ("Scared Speechless")

- 72% Heightened Visual Clarity

- 65% Slow Motion Time
- 7%   Temporary Paralysis

- 51% Memory Loss for Parts of the Event
- 47% Memory Loss for Some of Your Actions ("Perseveration")

- 40% Dissociation (detachment)
- 26% Intrusive Distracting Thoughts
- 22% Memory Distortions ("Perceptual Set?")
  (Role of fear and past associations)
  (Role of videotaping)
- 16% Fast Motion Time

For additional info on perceptual distortions in combat, refer to,
*Into The Kill Zone* by Dr. David A. Klinger is highly recommended.
www.warriorscience.com