UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>v. )<br> )<br>BRIAN ORLANDELLA, )<br> )<br>Defendant. ) | CASE NO. 19-cr-10010-MLW |

ADDENDUM TO GOVERNMENT'S MOTION TO
FACILITATE COURT ACCESS FOR OUT-OF-STATE VICTIM

Now comes the United States of America, by and through the undersigned Assistant United States Attorneys, and provides the following additional information with respect to its Motion to Facilitate Court Access (Dkt. No. 281). First, the defendant, through counsel, has assented to the government's motion. Second, as an update regarding the likelihood of Minor A or a family member taking advantage of the proposed video access to the sentencing hearing, the government has been informed that it is unlikely that Minor A or a family member will choose to view the hearing by video. Nevertheless, in case Minor A or a family member changes their mind and decides to view the hearing, the government respectfully maintains its request to provide this option, with the hope that any inconvenience to the Court is outweighed by the provision of this opportunity to the victim and her family, regardless of whether it is ultimately utilized.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

Dated: August 4, 2022      By:   /s/ Anne Paruti
                                  Anne Paruti
                                  Adam W. Deitch
                                  Assistant United States Attorneys
                                  One Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3100

1

## CERTIFICATE OF SERVICE

    I, Anne Paruti, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: August 4, 2022                                                        /s/ *Anne Paruti*
                                                                              Assistant United States Attorney